Argued March 28, affirmed March 28, 1972

STATE OF OREGON, *Respondent, v.* WALTER
DAVID VILLEMYER (No. 38158), *Appellant.*
494 P2d 903

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and
FORT, Judges.

AFFIRMED FROM THE BENCH.